# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SARAH HEINZL, individually and on behalf of
all others similarly situated,

        Plaintiff,

    v.

UNITED REFINING COMPANY, KWIK-FILL
CORPORATION and COUNTRY FAIR, INC.,

        Defendants.

Case No. 1:14-cv-00205-JFM-RCM

ELECTRONICALLY FILED

## STIPULATION OF DISMISSAL

Plaintiff Sarah Heinzl ("Plaintiff"), as well as Defendants United Refining Company, Kwik-Fill Corporation and Country Fair, Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) and Fed. R. Civ. P. 23(e), hereby stipulate to the dismissal of this action, with prejudice as to Plaintiff's individual claims, and without prejudice as to the claims of any alleged class members. No motion for class certification has been filed and no class has been certified in this action. Accordingly, class notice and Court approval of the settlement are not required under Fed R. Civ. P. 23(e).

In accordance with the terms of this Stipulation and their Settlement Agreement, the parties request that the Court dismiss with prejudice Plaintiff's individual claims and dismiss without prejudice the claims of any alleged class members, and retain jurisdiction to interpret and enforce the terms of this Stipulation and the Settlement Agreement entered into by the parties.

Respectfully submitted,


By:   **CARLSON LYNCH SWEET &**
      **KILPELA LLP**

      */s/ Benjamin J. Sweet*_____
      Benjamin J. Sweet
      bsweet@carlsonlynch.com
      PNC Park
      115 Federal Street – Suite 210
      Pittsburgh, PA  15212
      Telephone:  412-322-9243
      Facsimile:  412-231-0246

      *Attorneys for Plaintiff*
      *Sarah Heinzl*

By:   **BUCHANAN INGERSOLL &**
      **ROONEY PC**

      */s/ Brian H. Simmons*_____
      Brian H. Simmons
      brian.simmons@bipc.com
      20th Floor, One Oxford Centre
      Pittsburgh, PA 15219
      Telephone: 412-392-2048
      Fax:  412-562-1041

      *Attorneys for Defendants*
      *United Refining Company, Kwik-Fill*
      *Corporation and Country Fair, Inc.*


**IT IS SO ORDERED:**


_____, J.


Dated:_____