IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARAH HEINZL, individually and on behalf of all others similarly situated,<br>        Plaintiff,<br><br>  vs<br><br>UNITED REFINING COMPANY and KWIK-FILL CORPORATION,<br>        Defendants. | Civil Action No. 1:14-205 |

O R D E R

AND NOW, this 16th day of September, 2014, after the parties filed a Stipulation of Dismissal (ECF No. 22),

IT IS HEREBY ORDERED that plaintiff's individual claims are dismissed with prejudice and the claims of the alleged class members are dismissed without prejudice.  The Court retains jurisdiction to interpret and enforce the terms of the parties' Stipulation and the Settlement Agreement.

                                              s/Robert C. Mitchell
                                              ROBERT C. MITCHELL
                                              United States Magistrate Judge